UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------- x
GEORGE ELIAS, IV, STEPHEN HADFORD,
and ROSS FOWLER

        Plaintiffs,

  - against -

ROLLING STONE LLC, SABRINA RUBIN
ERDELY, and WENNER MEDIA LLC

        Defendants.

------------------------------------------------------------- x

Case No.: 1:15-cv-05953-PKC

ECF Case

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and by stipulation of the parties, Plaintiffs hereby dismiss this action in its entirety with prejudice, each party to bear his, her or its own costs.

_____   12/20/17
Alan L. Frank, Esq.
Alan L. Frank Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046
Tel.: 215-935-1000
Fax: 215-935-1110
Email: afrank@alflaw.net

*Attorney for Plaintiffs*

_____   12/20/17
Elizabeth A. McNamara
Samuel Bayard
Alison Schary
Abigail B. Everdell
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel.: 212-489-8230
Fax: 212-489-8340
Email: lizmcnamara@dwt.com

Douglas E. Fierberg (*pro hac vice*)
Jonathon N. Fazzola (*pro hac vice*)
The Fierberg National Law Group, PLLC
161 East Front Street
Suite 200
Traverse City, MI 49684
Tel.: 202-351-0510
Fax: 231-252-8100
E-mail: dfierberg@tfnlgroup.com

*Attorneys for Defendants*